CBS MORNINGS  |   Eye Opener    Politics    Health    Note to Self

**CBS MORNINGS**   EXCLUSIVE

# RFK Jr. says he's "not familiar" with all health program cuts in exclusive interview



By Kelsie Hoffman, Sara Kuzmarov, Michael Sugerman
Updated on: April 9, 2025 / 11:45 AM EDT / CBS News



In his first network TV interview since becoming Health and Human Services secretary under the Trump administration, Robert F. Kennedy Jr. spoke with CBS News chief medical correspondent Dr. Jon LaPook about the measles vaccine, major government cuts and health care costs.

LaPook met with Kennedy in Mesa, Arizona, where he visited a native health center as part of a three-state tour to promote the Trump administration's "Make America Healthy Again" agenda, which includes overhauling standards for food processing.

"FDA needs to start regulating food again and saying, you know, not just when food is adulterated, when there's bacteria in it, let's look at the chemicals in it," Kennedy said.

## Cuts to health programs and staffing

Since his appointment in February, Kennedy of programs and employees.

When asked by LaPook if he personally approved the more than $11 billion proposed in cuts to local and state programs that address infectious disease, mental health, addiction and childhood vaccination, Kennedy said, "No I'm not familiar with those cuts. We'd have to go ... the cuts were mainly DEI cuts, which the president ordered."

LaPook provided Kennedy with an example of a $750,000 University of Michigan grant focused on adolescent diabetes, which was eliminated.

"I didn't know that, and that's something that we'll look at," Kennedy said. He added that he could not speak to if it should be considered a DOGE cut.

"I just, I'm not familiar with that particular study. But there's a number of studies that were cut that came to our attention and that did not deserve to be cut, and we reinstated them. Our purpose is not to reduce any level of scientific research that's important."

Around 10,000 HHS employees are being laid off in a restructuring move by Kennedy and Elon Musk's DOGE. The secretary acknowledged that some of the DOGE cuts will need to be reinstated.

"HHS's job is to make America healthy, and we're spending $1.9 trillion a year, and people are not getting healthy. ... What Elon said is that, when you do a disruption of this, a lot of times, 80% of the people that get cut ... You may make mistakes, as much as 20[%], and then you go back and remedy that."

With billions of dollars in cuts at stake, Kennedy addressed the cost of health care.

"People have a choice about how sick they are going to be, many people. If you don't have any choice, then we should give you all the resources that you want, but I mean ... it's a moral question too, and it's a philosophical question," the secretary said. '
expect society to pay when you get sick?"

## Measles vaccine

For decades, Kennedy has been a vaccine skeptic and promoted false claims that vaccines cause autism. But now, Kennedy told CBS News he encourages people to get the measles vaccine.

"The federal government's position, my position, is that people should get the measles vaccine, but ... the government should not be mandating those," he said.

Kennedy had previously said the measles vaccine is the most effective way to prevent the virus from spreading, but until now had stopped short of recommending it.

Yet he also continued to raise doubts, despite decades of research and extensive testing that backs up the effectiveness and safety of vaccines.

"When I say they're not safety tested, what I mean is they're not adequately – many of the vaccines are tested for only three or four days with no placebo group," Kennedy said. "I always said during my campaign and every part, every public statement I've made: I'm not gonna take people's vaccines away from them. What I'm gonna do is make sure that we have good science so that people can make an informed choice."

The growing multi-state measles outbreak has hit Texas the hardest. As of Tuesday, the state reported more than 500 confirmed measles cases since January and two deaths in unvaccinated children, ages 6 and 8.

Following the death of the second child from measles-related causes, Kennedy traveled to Gaines County, Texas, posting on X that he was there "to comfort the Hildebrand family after the loss of their 8-year-old daughter Daisy."

As of April 3, the CDC has reported 607 confirmed measles cases in more than 20 states, including Alaska, California, Colorado, Florida, Georgia, Kansas, Kentucky, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, Ohio, Oklahoma, Pennsylvania, Rhode Island, Tennessee, Texas, Vermont and Washington.

The outbreak centered in West Texas has primarily impacted children and teens, most of whom were unvaccinated or have an unknown vaccination status.

## More from CBS News

**Former top health official criticizes RFK Jr. for downplaying measles deaths** 

**Former top FDA official warns RFK Jr. against giving "false hope" on autism** 

**Trump HHS cuts office that sets poverty levels tied to benefits for 80M people** 

**As RFK Jr. focuses on autism, experts fear return of debunked theories** 

In:   United States Department of Health and Human Services    Trump Administration    Robert F. Kennedy Jr.    RFK Jr.    Measles

### Kelsie Hoffman

Kelsie Hoffman is a push and platform editor on CBS News' Growth and Engagement team. She previously worked on Hearst Television's National Desk and as a local TV reporter in Pennsylvania and Virginia.

Facebook    Instagram

© 2025 CBS Interactive Inc. All Rights Reserved.

### Here's The Estimated Cost of a 1-day Walk-in Shower Upgrade
Enter your ZIP code and answer a few questions about your current bathroom setup.
PAID  HOMEBUDDY    Learn More

### Here's What a 6-Hour Gutter Upgrade Should Cost You In 2025
 PAID  HOMEBUDDY

### Empty Cruises Departing From Virginia That Seniors Can Book For Cheap
PAID  GOSEARCHES | SEARCH ADS

### Virginia Important Update for Vehicles Driven Less Than 50 Miles a Day
Finance Advisors
PAID  FINANCE ADVISORS    Learn More

### Empty Antarctica Cruises Cost Almost Nothing (Take A Look)
PAID  SEARCHCOMMONS | SEARCH ADS

### Virginia: New Rule For Cars Driven
Don't pay your next car insurance bill until you read this!

### Donald Trump has begun a mafia-like struggle for global power
But the new rules do not suit America

PAID  THE ECONOMIST   Learn More

### 2024 Senior SUV is A True Head Turner (You'll Love The Price)

PAID  TRUESEARCHES | SEARCH ADS

### Camper Vans Have Done It Again. This Year's Lineup Has Left Us Speechless

PAID  SEARCHTOPICS | SEARCH ADS   Search Now

### Wrap Foil Around Your Doorknob When Alone, Here's Why
Does Aluminum Foil on Your Doorknob Keep You Safer When Home Alone?

PAID  LIFEHACK GURU   Click Here

### Three Manassas Banks Introduce 5% Interest Rates on Savings (Take A Look)

PAID  TOP SEARCH NOW | SAVINGS ACCOUNTS   Learn More

### Jim Rickards: New Economic Boom Starting In May (act Fast)

PAID  PARADIGM PRESS   Learn More

### Most Budget-Friendly SUVs On The Market (See The List)

PAID  POPULARSEARCHES | SEARCH ADS   View Deals

### United States: Calling All Americans over 50. Claim Your New Hearing Aids Now
Advanced hearing aids can filter out background noise and make it easier to hear speech. Book a free trial today and see the difference.

PAID  EARPROS   Try Free

### Here's Why This 1 Day Garage Floor Coating Is Sweeping Virginia
Homeowners and Businesses Alike Are Installing This Concrete Coating That is Installed In 1 Day, And Comes With A Lifetime Warranty!

PAID  GARAGE FLOORING USA   Learn More

### New Small Electric Car For Seniors - The Price May Surprise You

PAID  FAVORITESEARCHES | SEARCH ADS

### Always Keep a Bread Clip in Your Wallet When Traveling
Should Travellers Always Keep a Bread Clip in Their Wallet?

PAID  LIFEHACK GURU   Click Here

### Average Cost to Charter A Private Jet May Surprise You (See Prices)

PAID  TOP SEARCHER NOW | FLIGHT   Learn More

### Landmark Supreme Court Ruling Could Cause New Economic Boom

### Next-Gen Showerhead Keeps Sellin

"Transformative Shower Experience – High Pressure, Versatile, and Refreshing"
PAID  SHOWER DRIVSE

### Warren Buffett discusses new documentary
CBS NEWS

### The Uplift: An update on the dog named Trooper
CBS NEWS

### Bargain Hunters Say This Wrinkle Cream Is "Worth Every Penny"
PAID  MIAMI MD

### These Companies Are Overcharging You for Virginia Car Insurance
See how much you could save on car insurance. Don't miss out – find lower rates today!

PAID  AUTO COMPARE  [Read More]

### Adults Over 55 Qualify For Discounts & Freebies They Probably Know Nothing About
These perks go beyond the traditional discounts.

### Next-Gen Wrinkle Smoother is Amazon's Hottest New Find - Find Out Why
PAID  THE SKINCARE MAGAZINE

### All New Hyundai Palisade For Seniors Simply Amazes - See The Cost
See These New Hyundai Palisade Prices! You Won´t Believe It! Click To See Here!

PAID  NEW HYUNDAI PALISADE 2024  [Learn More]

### Important Update in Virginia Leaves Drivers Furious

PAID  EXPERTS IN AUTO SAVINGS  [Learn More]

**Featured**

Trump Tariffs

Gayle King Goes to Space

The Masters Final Round

Masters Leaderboard

**Follow Us On**

YouTube

Facebook

Instagram

X

Privacy

Privacy Policy

California Notice

Your Privacy Choices

Terms of Use

More from CBS News

Newsletters

Podcasts

Download Our App

Brand Studio

Sitemap

Company

About Paramount

Advertise With Paramount

Join Our Talent Community

Help

Feedback

Copyright ©2025 CBS Interactive Inc. All rights reserved.