WV Newspapers     About WVPA     Public Notices and Services     WV Press Videos

WVPA Foundation     Events     Members     Newsletter





**LATEST NEWS**

# West Virginia Sen. Capito raises alarm over NIOSH cuts threatening coal miner health; reports indicate



**Most Viewed**

1. Editorial: Voters have buyer's remorse and turn back to Trump
6659 views

WV Newspapers    About WVPA    Public Notices and Services    WV Press Videos

WVPA Foundation    Events    Members    Newsletter

on April 2, 2025

By Charles Young, WV News

WASHINGTON (WV News) — Sen. Shelley Moore Capito, R-W.Va., expressed concern about recently fired federal workers in Morgantown.

in Latest



ambled s: West inia se, ate wrap 025 slative sion

Capito, in a statement released Tuesday, said U.S. Department of Health and Human Services employees at the National Institute for Occupational Safety and Health (NIOSH) facility in Morgantown play an important role in monitoring the health of coal miners in the state.

"While I believe in the broad vision set forth by the Trump administration to right size our government, I'm concerned that today's cuts at CDC/NIOSH could impact vital health programs that are important to many West Virginians, especially our coal miners," the senator said.

4, 2025



st Virginia islature

"During my meetings with Secretary Kennedy prior to his confirmation and as

3. **Following DUI arrest, Bob Huggins resigns as WVU basketball coach**
5956 views

4. **Sample ballots for May 14 primary election now online**
5484 views

5. **Opinion: As a pediatrician and mom, I oppose House Bill 5105**
4610 views



http://wvlegals.com

Menu

Recommended freelance and

WV Newspapers      About WVPA ⌄      Public Notices and Services ⌄      WV Press Videos

WVPA Foundation ⌄      Events      Members ⌄      Newsletter

eated by
ers,
cted by
rt

4, 2025



years
George
shington's
t Colony'
ed in
on
nty

4, 2025

"Any cuts that impact their health monitoring need to be restored immediately. I am working with the Department of Health and Human Services to understand the depth of these cuts, both to programs and the workforce in Morgantown," Capito said.

Read more: https://www.wvnews.com/business/west-virginia-sen-capito-raises-alarm-over-niosh-cuts-threatening-coal-miner-health-reports-indicate/article_43e9e10f-c355-4f55-bf7c-af15a11befc3.html

---

Comments are closed.

WVPA Foundation

Adam R. Kelly Award and list of honorees

Scholarships

Trustees

Advertising

Statewide Advertising Network

Political Campaign Advertising

Classified Advertising Network

This week's ads

Initiatives

Advertising Initiatives

Editorial Initiatives

Circulation Initiatives

Operations Initiatives

WVPA Sharing

WV Newspapers     About WVPA ⌄     Public Notices and Services ⌄     WV Press Videos

WVPA Foundation ⌄     Events     Members ⌄     Newsletter

Advertising

Advertising News

State news, releases and Information

Photos

Jobs

Legal Ads

WVPress 2024 Convention

Contact

Site developed by PaywallProject.com

About     WV Newspapers     Public Notice     Employment     Sharing     WV Press Insight Videos     Advertising     Events     Contact     Members

Copyright © 2025 West Virginia Press Association