IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

HARRY WILEY, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.                                CIVIL ACTION NO.  2:25-cv-00227

ROBERT F. KENNEDY JR., *in his official capacity as Secretary of Health and Human Services*, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendants.

**ORDER**

The Court has reviewed the *Amended Complaint* (Document 6-2), *Motion for Preliminary Injunction* (Document 7), and the *Plaintiff's Memorandum of Law in Support of Motion for Preliminary Injunction* (Document 8). Upon careful consideration, the Court **ORDERS** that the Defendants file a response to the motion for preliminary injunction no later than **Thursday, May 1, 2025**, and that the parties appear for a hearing in this matter on **Wednesday, May 7, 2025, at 10:00 a.m., in Charleston, West Virginia.** The Court further **ORDERS** that lead counsel and any unrepresented parties appear fully prepared to discuss the motion and present any evidence they wish the Court to consider.

The docket indicates that the Defendants have been served in this matter but have not made an appearance. Therefore, the Court **ORDERS** the Plaintiff to ensure that the Defendants are promptly served with copies of the motion, memorandum, supporting exhibits, and this Order.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: April 22, 2025

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA