## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

HARRY WILEY, individually and on
behalf of all others similarly situated,

     Plaintiff,

v.                                       Case No: 2:25-cv-00227

ROBERT F. KENNEDY, JR., in his official
Capacity as Secretary of Health and Human
Services, and U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

     Defendants.

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S DEMAND FOR A JURY TRIAL

Defendants move the Court to dismiss Plaintiff's demand for a jury trial asserted in the

Amended Complaint, (ECF No. 10 at 14), on the following grounds:

1.     Under federal law, sovereign immunity bars jury trials against the United States

and its officers acting in their official capacity unless Congress has waived sovereign immunity

and expressly allowed  right to a jury trial.

2.     Congress has not waived the sovereign immunity of the United States to allow a

right to a jury trial for the claims asserted in the Amended Complaint.

3.     The Seventh Amendment right to a jury trial to the Constitution is not applicable

to the claims asserted in the Amended Complaint.

4.     Plaintiff's demand for a jury trial is otherwise barred by sovereign immunity and

federal law.

Therefore, the Defendants respectfully request that the Plaintiff's demand for a jury trial

asserted in the Amended Complaint be denied and dismissed.

Respectfully submitted,

**LISA G. JOHNSTON**
**Acting United States Attorney**

**s/Fred B. Westfall, Jr.**
WV State Bar No. 3992
Assistant United States Attorney
Attorney for United States
300 Virginia Street East, Room 4000
Charleston, WV  25301
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov
Counsel for Defendants

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

HARRY WILEY, individually and on
behalf of all others similarly situated,

     Plaintiff,

v.                                         Case No: 2:25-cv-00227

ROBERT F. KENNEDY, JR., in his official
Capacity as Secretary of Health and Human
Services, and U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

     Defendants.

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on May 1, 2025, I electronically filed the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S DEMAND FOR A JURY TRIAL** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

     Samuel B. Petsonk
     PETSONK PLLC
     PO Box 1045
     Beckley, WV 25802

     Bren J. Pomponio
     MOUNTAIN STATE JUSTICE, INC.
     1217 Quarrier Street
     Charleston, West Virginia 25301

     J. Michael Becher
     APPALACHIAN MOUNTAIN ADVOCATES
     PO Box 507
     Lewisburg, WV 24901

     Counsel For Plaintiff

                                **s/ Fred B. Westfall, Jr.**
                                Assistant United States Attorney