IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

HARRY WILEY, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                                          Case No: 2:25-cv-00227

ROBERT F. KENNEDY, JR., in his official
Capacity as Secretary of Health and Human
Services, and U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

    Defendants.

### DEFENDANTS' MOTION TO QUASH SUBPOENA DUCES TECUM ISSUED FOR DAVID WEISSMAN, M.D.

Pursuant to Rules 26, 34, 37, and 45 of the Federal Rules of Civil Procedure and applicable federal law, Defendants move to quash the subpoena duces tecum issued for David Weissman, M.D., on the following grounds:

    1.    The subpoena duces tecum was not properly served on or delivered to David Weissman, M.D., in accordance with Fed. R. Civ. P. 45(b);

    2.    The subpoena duces tecum was an attempt to circumvent the requirements of Fed. R. Civ. P. 34:

    3.    No notice or copy of the subpoena duces tecum was served on Defendants before an attempt was made to serve the subpoena duces tecum on David Weissman, M.D., as required by Fed. R. Civ. P. 45(a)(4);

4.     The subpoena duces tecum should also be quashed under Fed.R.Civ.P. 45(d)(3)(A) because Plaintiff did not allow the Defendants a reasonable time to respond and potentially comply;

5.     The documents being requested by the subpoena duces tecum potentially involve documents that are protected from disclosure by the deliberative process privilege, the attorney-client privilege, and other potential governmental privileges; and

6.     The subpoena duces tecum is otherwise invalid under federal law.

7.     A copy of the subpoena duces tecum issued for David Weissman, M.D., is attached as Exhibit 1 to this motion.

8.     A copy of the subpoena issued for Anthony Scott Laney, which was received by David Weissman, M.D., is attached as Exhibit 2.

Therefore, Defendants respectfully request that the subpoena duces tecum issued for David Weissman, M.D., be quashed and that Defendants be granted such other and further relief as deemed appropriate by the Court.

LISA G. JOHNSTON
**Acting United States Attorney**

s/Fred B. Westfall, Jr.
WV State Bar No. 3992
Assistant United States Attorney
Attorney for United States
300 Virginia Street East, Room 4000
Charleston, WV  25301
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2025, I electronically filed the foregoing **DEFENDANTS' MOTION TO QUASH SUBPOENA DUCES TECUM ISSUED FOR DAVID WEISSMAN, M.D.** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

Samuel B. Petsonk
PETSONK PLLC
P.O. Box 1045
Beckley, WV 25802
(304) 900-3171 (phone)
(304) 986-4633 (fax)
sam@petsonk.com

Bren J. Pomponio
MOUNTAIN STATE JUSTICE, INC.
1217 Quarrier Street
Charleston, WV 25301
304-344-3144
Fax: 304-344-3145
Email: bren@msjlaw.org

J. Michael Becher (W.Va. Bar # 10588)
APPALACHIAN MOUNTAIN ADVOCATES
PO Box 507
Lewisburg, WV 24901
(304) 382-4798
mbecher@appalmad.org

                                        **s/Fred B. Westfall, Jr.**
                                        WV State Bar No. 3992
                                        Assistant United States Attorney
                                        Attorney for United States
                                        300 Virginia Street East, Room 4000
                                        Charleston, WV  25301
                                        Phone: 304-345-2200
                                        Fax: 304-347-5443
                                        E-mail: fred.westfall@usdoj.gov