## VERIFIED STATEMENT OF MATTHEW WARD

1. My name is Matthew Ward.
2. In March 2025, a radiologist diagnosed me with complicated black lung disease.
3. On April 25, 2025, I caused my Part 90 application (Form 0920-0020) to be filed by certified mail with the National Institute of Occupational Safety and Health, Coal Workers' Health Surveillance Program, 1000 Frederick Lane M/S LB208, Morgantown, WV 26508. Certified mail receipt is attached.
4. I have been employed as a coal miner for thirty-five years.
5. As of the filing of this Complaint, I have received no response to my Part 90 application from the CWHSP or NIOSH's Respiratory Health Division.
6. At the present time, I continue to be employed on a full-time basis at an underground coal mining complex in the State of West Virginia.
7. I am presently off work due a short-term injury, but expect to return to work at any time, daily encountering regular exposure to the hazards of occupational pneumoconiosis.
8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 5th day of May, 2025.

*/s/ Matthew Ward*