

# National Institute for Occupational Safety and Health (NIOSH)
## Coal Workers' Health Surveillance Program



FEBRUARY 24, 2025

# Coal Workers' Health Surveillance Program

> ⚠ **NOTICE**
>
> Due to the reduction in force across NIOSH, the NIOSH Coal Workers' Health Surveillance Program (CWHSP) is not providing any new medical screenings to coal miners or accepting any new requests for review of medical information to determine coal miners' rights for transfer to low-dust jobs.

**AT A GLANCE**

The NIOSH Coal Workers' Health Surveillance Program (CWHSP) studies respiratory disease in miners. The program provides health information to miners through health screenings and surveillance.



## Overview

The CWHSP was established by the Federal Coal Mine Health and Safety Act of 1969 ⧉. Its mission is to detect lung disease in coal miners. The CWHSP offers health screenings for miners and allows researchers to identify disease trends across the nation.



The CWHSP aims to help coal miners stay healthy.

## Black lung screenings

The CWHSP provides black lung screenings to coal miners at no cost to miners. Screenings are available when miners begin working in coal mines and periodically after. For more information, go to the Black Lung Screenings page.

## B Reader Program

The NIOSH B Reader Program trains and certifies physicians in the International Labour Organization, International Classification of Radiographs of Pneumoconioses ⧉. U.S. regulations specify roles for B Readers in classifying chest x-rays of workers exposed to:

- Coal mine dust
- Crystalline silica
- Asbestos

B Readers also perform classifications in a range of other settings. These include research, legal, and evaluation for benefits.

## Special notice to coal miners

### Part 90

The Mine Safety and Health Administration announced an effort to raise awareness of Part 90. These regulations give coal miners with black lung the right to work in areas with lower dust. Learn more at Miner Health Matters.

### National autopsy study

The Mine Safety and Health Act of 1977 authorizes the U.S. Department of Health and Human Services to provide coal miner autopsies and to pay for their submission to NIOSH. Refer to Specification for Medical Examinations of Coal Miners Subpart Autopsies for more information.

At this time, funding is not available to pay for autopsies.

### Data-use agreement

Michigan State University (MSU) researchers are developing artificial intelligence models to classify digital chest x-rays for pneumoconiosis. To assist, NIOSH has entered a data-use agreement allowing MSU to use anonymous digital chest x-rays from CWHSP.

Names and identifying information have been removed from the chest x-rays. The agreement does not allow MSU to share or use the x-rays for purposes other than this research. We hope using artificial intelligence to classify chest x-rays will help physicians perform accurate classifications using the International Labour Organization's classification standards.

## Contacts

Contact the NIOSH Respiratory Disease Division at:

- 1000 Frederick Lane, Morgantown, WV 26508 (mail)
- cwhsp@cdc.gov (email)
- 1-888-480-4042 (phone)

## Resources

### Medical records, mine plans, forms

- Request for Medical Records [PDF]
- Mine Plans Due for Renewal
- CWHSP Forms

### Mining contacts

- Department of Labor Black Lung Program
    - Spanish Resources
    - Navajo Resources
- Mining Safety and Health Administration (MSHA)
    - Mine Safety and Health Enforcement
- NIOSH Mining Program
- State Contacts

### Black lung clinics

- Health Resources & Services Administration
    - Black Lung Clinics Program
- The National Coalition of Black Lung & Respiratory Disease Clinics
    - Black Lung Clinic Program Listing

### Communication materials

- Black Lung Screenings – Fact Sheet (Spanish)

- Faces of Black Lung I (Video)

- Faces of Black Lung II (Video)

- NIOSH Coal Workers' Health Surveillance Program – Fact Sheet (Spanish)

- Why Black Lung Screenings are Important for Coal Miners – Infographic `JPG` (Spanish `JPG`)

---

SOURCES

CONTENT SOURCE:
National Institute for Occupational Safety and Health