

*The* WHITE HOUSE

PRESIDENTIAL ACTIONS

Extension of Hiring Freeze

Presidential Memoranda

April 17, 2025

April 17, 2025

MEMORANDUM FOR THE HEADS OF EXECUTIVE DEPARTMENTS AND AGENCIES

SUBJECT:     Extension of Hiring Freeze

By the authority vested in me as President by the Constitution and the laws of the United States of America, I hereby extend through July 15, 2025, the freeze on the hiring of Federal civilian employees within the executive branch, as initially directed in the Presidential Memorandum of January 20, 2025 (Hiring Freeze).  No Federal civilian position that is presently vacant may be filled, and no new position may be created, except as otherwise provided for in this memorandum or required by applicable law.  In addition, once a merit hiring plan has been adopted pursuant to Executive Order 14170 of January 20, 2025 (Reforming the Federal Hiring Process and Restoring Merit to Government Service), any hiring shall be consistent with that plan.

Except as provided below, this freeze continues to apply to all executive departments and agencies (agencies) regardless of their sources of operational and programmatic funding.  This memorandum does not affect the deadline for the Director of the Office of Management and Budget (OMB) to submit a plan for reducing the size of the Federal Government's workforce through efficiency improvements and attrition, as provided in Executive Order 14210 of February 11, 2025 (Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative).

This memorandum does not apply to military personnel of the Armed Forces or to positions related to immigration enforcement, national security, or public safety, and does not apply to the Executive Office of the President or the components thereof.  Positions that fall within these categories do not require review by the Office of Personnel Management (OPM).  Moreover, nothing in this memorandum shall adversely impact the provision of Social Security, Medicare, or veterans' benefits.  In addition, the Director of OPM may continue to grant exemptions from this freeze where those exemptions are otherwise necessary.  Exemptions previously granted by OPM shall remain in effect unless withdrawn by OPM.

Contracting outside the Federal Government to circumvent the intent of this memorandum is prohibited.

In carrying out this memorandum, the heads of agencies shall seek efficient use of existing personnel and funds to improve public services and the delivery of those services.  Accordingly, this memorandum does not prohibit making reallocations or reassignments to meet the highest priority needs; maintain essential services; and protect national security, homeland security, and public safety.

This memorandum does not restrict the nomination and appointment of officials to positions requiring Presidential appointment or Senate confirmation; the appointment of officials to non-career positions in the Senior Executive Service or to Schedule A or C positions in the Excepted Service; the appointment of officials through temporary organization hiring authority pursuant to section 3161 of title 5, United States Code; or the appointment of any other non-career employees or officials if approved by the head of an agency appointed by the President.  Moreover, it does not limit the hiring of personnel where such a limit would conflict with applicable law.

This memorandum shall remain in effect for the Internal Revenue Service until the Secretary of the Treasury, in consultation with the Director of OMB and the Administrator of the United States DOGE Service, determines that it is in the national interest to terminate the freeze and publishes notice of such determination in the *Federal Register*.

This memorandum does not abrogate any collective bargaining agreement in effect on the date of this memorandum.

     DONALD J. TRUMP



NEWS

ADMINISTRATION

ISSUES

CONTACT

EOP

VISIT

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS



Subscribe to The White House newsletter

| Your email | SIGN UP |
|---|---|



THE WHITE HOUSE

1600 Pennsylvania Ave NW

Washington, DC 20500

WH.GOV

Copyright

Privacy