# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 5/7/2025 | Case Number: | 2:25-cv-00227 |
| Case Style: | Wiley vs. Kennedy | | |
| Type of hearing: | Preliminary Injunction Hearing | | |
| Before the Honorable: | 2516-Berger | | |
| Court Reporter: | Lisa Cook | Courtroom Deputy: | Kierstin Tudor |

Attorney(s) for the Plaintiff or Government:
Samuel Petsonk; J. Michael Becher; & Bren Pomponio
Attorney(s) for the Defendant(s):
Fred Westfall
Law Clerk:     Cynthia Wildfire
Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:57 AM | 11:35 AM | Court actively conducting trial proceedings/Contested proceedings |
| 11:42 AM | 12:58 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 2 hours and 54 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 9:57 a.m.

Parties present for hearing on Plaintiff's motion for preliminary injunction (Document 7).
Counsel note appearances on the record.
Witnesses ordered sequestered.
Mr. Petsonk provides summary of anticipated witnesses.
Mr. Westfall advises that parties jointly seek the admission of the previously submitted Sealed Exhibits A - K.
Sealed Exhibits A - K are ADMITTED.
Plaintiff calls HARRY WILEY; oath given.
Direct by Mr. Petsonk.
Pl. Ex. 1 marked and admitted.
Cross by Mr. Westfall.
Redirect.
Plaintiff calls MATTHEW WARD; oath given.
Direct by Mr. Petsonk.
Cross by Mr. Westfall.
Plaintiff calls DEBBIE JOHNSON; oath given.
Direct by Mr. Petsonk.
Plaintiff calls Dr. ANTHONY LANEY; oath given.
Direct by Mr. Becher.
Pl. Ex. 2 marked.
Cross by Mr. Westfall.
Def't Ex. 12 marked and admitted.
Def't Ex. 13 marked and admitted.
Redirect.
Court takes recess at 11:35 a.m.

Court resumed at 11:42 a.m.
Pl. Ex. 2 admitted.
Plaintiff calls NOEMI HALL; oath given.
Direct by Mr. Becher.
Cross by Mr. Westfall.
Redirect.

Plaintiff calls LAURA REYNOLDS; oath given.
Direct by Mr. Becher.
Plaintiff calls ANITA WOLFE; oath given.
Direct by Mr. Petsonk.
Pl. Ex. 3 marked and admitted.
Pl. Ex. 4 marked and admitted.
Pl. Ex. 5 marked.
Pl. Ex. 6 marked.
Cross by Mr. Westfall.
Pl. Ex. 5 admitted.
Pl. Ex. 6 not admitted.
Mr. Petsonk responds regarding motion to quash subpoena issued for Dr. Weissman and tenders documents (marked as Pl. Ex. 7).
Mr. Westfall responds.
Def't Exs. 1 - 11 marked and admitted.
Mr. Becher makes argument in support of Plaintiff's motion for preliminary injunction.
Mr. Westfall responds in opposition.
Court takes motion (Document 7) under advisement.
Court recessed at 12:58 p.m.