IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**HARRY WILEY, individually
and on behalf of all others similarly situated,**

    Plaintiff,

v.                                                **Civil Action No. 2:25-cv-227**
                                                      **(Honorable Irene C. Berger)**

**ROBERT F. KENNEDY, JR., in his
official capacity as Secretary of Health and Human Services, and
U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES**

    Defendants.

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S DEMAND FOR A JURY TRIAL**

    Pending before this Court is Defendants' Motion to Dismiss Plaintiff's Demand for a Jury Trial. [ECF Doc. # 17.] Plaintiff abandons his demand for jury trial and stipulates to Defendants' Motion to Dismiss the same.

    **WHEREFORE**, the Plaintiff stipulates to the Court striking his demand for jury trial.

                                                             **Respectfully Submitted,
HARRY WILEY, individually and on
behalf of all others similarly situated,
By counsel:**

 /s/ Samuel B. Petsonk
Samuel B. Petsonk (WVSB #12-418)
PETSONK PLLC
PO Box 1045
Beckley, WV 25802
(304) 900-3171 (phone)
(304) 986-4633 (fax)
sam@petsonk.com


 /s/ Bren J. Pomponio
Bren J. Pomponio (WVSB #7774)
MOUNTAIN STATE JUSTICE, INC.

1217 Quarrier Street
Charleston, West Virginia 25301
(304) 344-5565
(304) 344-3145 (fax)
bren@msjlaw.org

 /s/ J. Michael Becher
J. Michael Becher (W.Va. Bar # 10588)
APPALACHIAN MOUNTAIN ADVOCATES
PO Box 507
Lewisburg, WV 24901
(304) 382-4798
mbecher@appalmad.org