IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

HARRY WILEY, *individually and on behalf of all others similarly situated*,

           Plaintiff,

v.     CIVIL ACTION NO. 2:25-cv-00227

ROBERT F. KENNEDY JR., *in his official capacity as Secretary of Health and Human Services*, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

           Defendants.

## ORDER AND NOTICE

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

**06/02/25**   Motion Under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

**06/09/25**   Last day for Rule 26(f) meeting.

**06/16/25**   Last day to file Report of Parties' Planning Meeting and Scheduling Order Worksheet, available on the Court's website. See LR Civ P 16.1.

**07/02/25**   Scheduling conference at **11:30 a.m.**, in **Charleston, West Virginia**, before the undersigned, unless cancelled. If held, lead counsel shall appear and be prepared to discuss the following:

    (a)    the discovery to be completed and the amount of time necessary for its completion;

    (b)    the further formulation and simplification of issues, including possible elimination of claims or defenses;

|  |  |
|---|---|
| (c) | the possibility of entering into stipulations regarding issues for trial; |
| (d) | the possibility of obtaining admissions regarding facts and documents; and |
| (e) | other matters that will assist the parties in reaching a final resolution of this matter. |

**07/09/25**  Entry of Scheduling Order.

**07/16/25**  Last day to serve FR Civ P 26(a)(1) initial disclosures pre-discovery.

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:   May 19, 2025

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA