**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

HARRY WILEY, individually and on
behalf of all others similarly situated,

     Plaintiff,

v.                                   Case No: 2:25-cv-00227

ROBERT F. KENNEDY, JR., in his official
Capacity as Secretary of Health and Human
Services, and U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

     Defendants.

**<u>DEFENDANTS' CERTIFICATION PURSUANT TO THE PRELIMINARY
INJUNCTION ENTERED ON MAY 13, 2025, ORDER (ECF NO. 36)</u>**

Pursuant to the Preliminary Injunction Order entered on May 13, 2025, the Defendants certify as follows:

1.     The Reductions in Force (RIFs) in the Respiratory Health Division ("RHD") of the National Institute for Occupational Safety and Health ("NIOSH") have been rescinded to facilitate the full restoration of the RHD, including the health surveillance through the Coal Workers Health Surveillance Program and the Part 90 job transfer program.

2.     In the event of the reorganization of the RHD, the Department of Health and Human Services will comply with the Court's Order (ECF No. 36) and there will be no pause, stoppage, or gap in the protections and services mandated to be performed by the RHD by Congress in the Mine Act and the attendant regulations for the health and safety of miners.

3.     The declaration of John J. Howard, Director of the National Institute for Occupational Safety and Health (NIOSH), is attached as Exhibit 1 in support of this Certification.

Respectfully submitted,

**LISA G. JOHNSTON**
**Acting United States Attorney**

<u>**s/Fred B. Westfall, Jr.**</u>
WV State Bar No. 3992
Assistant United States Attorney
Attorney for United States
300 Virginia Street East, Room 4000
Charleston, WV  25301
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: <u>fred.westfall@usdoj.gov</u>

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, I electronically filed the foregoing **DEFENDANTS' CERTIFICATION PURSUANT TO THE PRELIMINARY INJUNCTION ENTERED ON MAY 13, 2025 ORDER (ECF NO. 36)** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

Samuel B. Petsonk
PETSONK PLLC
P.O. Box 1045
Beckley, WV 25802
(304) 900-3171 (phone)
(304) 986-4633 (fax)
sam@petsonk.com

Bren J. Pomponio
MOUNTAIN STATE JUSTICE, INC.
1217 Quarrier Street
Charleston, WV 25301
304-344-3144
Fax: 304-344-3145
Email: bren@msjlaw.org

J. Michael Becher (W.Va. Bar # 10588)
APPALACHIAN MOUNTAIN ADVOCATES
PO Box 507
Lewisburg, WV 24901
(304) 382-4798
mbecher@appalmad.org

**s/Fred B. Westfall, Jr.**
WV State Bar No. 3992
Assistant United States Attorney
Attorney for United States
300 Virginia Street East, Room 4000
Charleston, WV  25301
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov