**National Institute for Occupational Safety and Health (NIOSH)**
**Coal Workers' Health Surveillance Program**



# Black Lung Screenings


For Everyone
FEB. 24, 2025

**WHAT TO KNOW**

The NIOSH Coal Worker's Health Surveillance Program (CWHSP) offers periodic black lung screenings at no cost to coal miners in the U.S. Information about CWHSP screenings is provided on this page for coal miners, mining companies and operators, and health facilities.



## Screening information



The NIOSH mobile screening unit.

### Mobile screening services

Screenings through the mobile unit are free of charge for all coal miners and include:

- Work history and respiratory health questionnaires

- Chest x-rays

- Lung function testing (spirometry)

- Blood pressure screening



**2025 Black Lung Screenings**

The CWHSP will be providing black lung screenings in OH and WV. Appointments are recommended but walks-ins are welcome. Each miner will be provided their results within 8-10 weeks from their screening appointment.

| Location | Date & Time |
|---|---|
| | |

| | |
|---|---|
| **Ohio University, Zanesville**<br>1425 Newark Road, Zanesville, OH 43701 | **Monday, September 15**<br>9am to 4:30pm |
| **UMWA, Wheeling Office**<br>260 Warden Run Road, Wheeling, WV 26003 | **Tuesday, September 16**<br>9am to 5:30pm |
| **Woodsfield Municipal Building**<br>221 S Main Street, Woodsfield, OH 43793 | **Wednesday, September 17**<br>9am to 4:30pm |
| **Hopedale Volunteer Fire Department**<br>103 Firehouse Lane, Hopedale, OH 43976 | **Thursday. September 18**<br>8am to 3:30pm |
| **Bass Pro Shop** (formerly Cabela's)<br>1 Cabela Drive, Triadelphia, WV 26059 | **Friday, September 19**<br>8am to 5pm |
| **Price Cutter**<br>1 Rainbow Plaza, Mannington, WV 26582 | **Tuesday, September 23**<br>8am to 3:30pm |

## NIOSH-approved facilities

Black lung screenings are provided at NIOSH-approved facilities located in mining regions across the U.S. Information about facilities can be found at NIOSH Approved Facility Search and Map.

## Notifications to miners

The CWHSP will notify miners when they are eligible to participate and where they can receive screenings. Miners are also encouraged to check this web page, their mine plans, and watch for internal notices.

Additional announcements will be made through social media including NIOSH press releases, Facebook, Twitter, and news media in most local mining regions.

## Results to miners

The CWHSP shares screening results with miners only. The program will not share individual results without permission from the miner or their legal representative.

Miners with evidence of black lung are informed how to pursue their right to work in an area of a mine with reduced dust exposure through MSHA's Part 90 for Coal Miners ⧉.

If you are a miner and would like to request a copy of your screening records, email the program at CWHSP@cdc.gov.

## Eligibility and requirements

Under federal regulations:

**1.** Miners are eligible for voluntary screenings about every 5 years during the mine's 6-month window (listed on your mine's Plan).

**2.** Mandatory examinations for miners or contractors new to coal mining are scheduled:

- Within 30 days of employment.
- Three years after initial examination.

Follow-up exams must be provided within 2 years if:

- The 3-year x-ray shows evidence of pneumoconiosis (black lung).

- Spirometry results indicate decreased lung function.

**NOTE:** *Miners must be employed in coal mining for follow-up exams.*

Mine operators and contractors are required to post a NIOSH-approved health examination plan. The plan should provide health surveillance to their miners every 5 years in a location visible to all miners.

## Becoming an approved health facility

Coal miner health screenings must be performed by NIOSH-approved facilities. To become an approved facility, contact the CWHSP at cwhsp@cdc.gov. You will receive an approval packet that details requirements. Facilities may be approved for x-ray only, spirometry only, or both x-ray and spirometry.

Facilities applying for approval to provide x-rays should review 42 CFR Part 37 Specifications of Medical Examinations of Underground Coal Miners ⤢.

## Contacts

- MSHA District Offices ⤢

- Black Lung Benefits Offices (Division of Coal Mine Workers' Compensation) ⤢

- Black Lung Clinics ⤢

- State Offices of Workers' Compensation ⤢

## Communication materials

- Black Lung Screenings – Fact Sheet (Spanish)

- Faces of Black Lung I (Video)

- Faces of Black Lung II (Video)

- NIOSH Coal Workers' Health Surveillance Program – Fact Sheet (Spanish)

- Why Black Lung Screenings are Important for Coal Miners – Infographic `JPG` (Spanish `JPG`)

SOURCES

**CONTENT SOURCE:**
National Institute for Occupational Safety and Health