The National Institute for Occupational Safety and Health (NIOSH)



The National Institute for Occupational Safety and Health (NIOSH)



# NIOSH-Approved Health Facility Search & Map

## Coal Miners

If you are eligible and within your health screening timeline, you can receive free NIOSH chest x-rays or breathing tests (spirometry) at a NIOSH-approved health facility or mobile health unit in your area. Check your companies posted mine plan or with your mine company safety officer on eligibility.

There are two types of NIOSH-approved x-ray and spirometry services:

- Fixed locations – Health clinics that are in buildings
- Mobile health unit - Mobile units/vans that provide screening services

Be sure to check both options for the nearest testing services. *Please note that the directions are based on mailing address provided to us by each health facility and may not point directly to the building location.*

To locate a NIOSH-approved health facility and schedule an appointment, enter the following information in the facility search boxes below.

Approval Type: All
Facility Type: All
Your location: Charleston, WV   (i.e. city/state, zip code, street address)
Miles within location: 100
Format: Map

Search



## Map Information

The map above allows you to search for a NIOSH-approved health facility that offers x-rays or spirometry close to you. Locations and specified miles are shown in a list on the left. Each location is color coded based upon the services it provides.

Click on the blue, yellow, or red marker to view the name, address, and phone number of a facility. There is also a link for driving directions.

## Health Facilities and Mobile Units

Health facilities and mobile units interested in becoming NIOSH-approved must comply with the code of federal regulations 42 CFR Part 37 (Specifications for Medical Examinations of Underground Coal Miners). Contact CWHSP at @CWHSP.cdc.gov or call 1-888-480-4042 for an approval packet that details requirements.

Go to the Coal Workers' Health Surveillance Program web site for more information about the NIOSH program.