## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

HARRY WILEY, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.                                                  CIVIL ACTION NO. 2:25-cv-00227

ROBERT F. KENNEDY JR., *in his official capacity as Secretary of Health and Human Services*, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

                Defendants.

### ORDER

The Court has reviewed the Defendants' *Motion for Extension of Time to Produce Administrative Record* (Document 86), wherein the Defendants seek an extension to produce a responsive administrative record. They indicate that they are conferring with counsel for the Plaintiff in an effort to resolve disputes regarding the scope of the record to be produced, and many employees who would be involved in compiling and reviewing the records are on leave for the holidays. The Defendants request that the deadline be extended to January 12. They indicate that the Plaintiffs oppose an extension beyond January 5, as a greater extension would require commensurate extension of the January 15 deadline for submission of a proposed revised schedule.

After careful consideration, the Court **ORDERS** that the Defendants' *Motion for Extension of Time to Produce Administrative Record* (Document 86) be **GRANTED**, that the administrative record be produced by **January 12, 2026**, that any motion seeking additional discovery be filed

within **TEN (10) days** of receipt of the administrative record, and that the parties file a proposed revised schedule no later than **January 26, 2026**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:     December 23, 2025

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA