FILED
JAN 12 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

HARRY WILEY and
MATTHEW WARD, individually and on
behalf of all others similarly situated,

Plaintiffs,

v. Case No: 2:25-cv-00227

ROBERT F. KENNEDY, JR., in his official
Capacity as Secretary of Health and Human
Services, and U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2026, I electronically filed the foregoing ***Certificate of Service*** for the ***Supplemental Administrative Record*** with the Clerk of the Court using the CM/ECF system, which will send notification to the following CM/ECF participants, and that I also served a copy of the aforesaid document on the following CM/ECF participants, by United States mail:

Samuel B. Petsonk
PETSONK PLLC
P.O. Box 1045
Beckley, WV 25802
(304) 900-3171 (phone)
(304) 986-4633 (fax)
sam@petsonk.com

Bren J. Pomponio
MOUNTAIN STATE JUSTICE, INC.
1217 Quarrier Street
Charleston, WV 25301
304-344-3144
Fax: 304-344-3145
Email: bren@msjlaw.org

J. Michael Becher (W.Va. Bar # 10588)
APPALACHIAN MOUNTAIN ADVOCATES
PO Box 507
Lewisburg, WV 24901
(304) 382-4798
mbecher@appalmad.org

The Administrative Record produced as of this date reflects the agency's good faith effort to produce an accurate Administrative Record of the 2025 Reductions-in-Force determinations regarding the NIOSH Respiratory Health Division (RHD), Pittsburgh Mining Research Division (PMRD), and the Spokane Mining Research Division (SMRD).[1] Presently, there is no administrative record to be produced on either "the asserted reorganization plan, or the future of the programs at issue" because they are the subject of ongoing agency deliberations and no final decisions have been made. As of this date, the Department believes it has provided a complete record on the NIOSH RHD, PMRD, and SMRD RIFs, but if the Department subsequently identifies additional documents, it will supplement this record as needed.

Respectfully submitted,

MOORE CAPITO
United States Attorney

By: **/s/ Matthew C. Lindsay**

Matthew C. Lindsay (W. Va. Bar No. 7896)
Assistant United States Attorneys
United States Attorney's Office
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: Matthew.Lindsay@usdoj.gov
*Counsel for United States of America*

[1] Although Defendants maintain that this Court does not have jurisdiction over Plaintiffs' claims with respect to the Pittsburgh Mining Research Division (PMRD) and the Spokane Mining Research Division (SMRD), information related to the RIFs in those Divisions is included in this Administrative Record.