IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

HARRY WILEY and
MATTHEW WARD, individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.                                                                                          Case No: 2:25-cv-00227

ROBERT F. KENNEDY, JR., in his official
Capacity as Secretary of Health and Human
Services, and U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

    Defendants.

## JOINT MOTION TO HOLD CASE IN ABEYANCE

This action challenges the 2025 Reductions-in-Force (RIF) that affected certain divisions within the National Institute for Occupational Safety and Health (NIOSH). On January 13, 2026, Defendants rescinded the NIOSH RIFs. [NIOSH employees reinstated after protracted fight - WV MetroNews](#) (January 14, 2026). Plaintiffs understand that this development will most likely result in the restoration of the NIOSH components identified in Plaintiffs' operative complaint and the resumption of their work. Because this development may result in complete relief for Plaintiffs and obviate the need for this Court to rule on the matter, the parties jointly move this Court to hold the case in abeyance and require the parties to submit a status report in sixty (60) days to inform the Court of NIOSH's status and propose a resolution to this matter.

Determining whether to hold a case in abeyance is "a matter of discretion" that requires the Court to "balance the interest in judicial economy against any potential prejudice to the parties." *Nat'l Hydropower Ass'n v. U.S. Fish & Wildlife Serv.*, 2025 WL 1555156, at *2 (D.D.C.

June 2, 2025). Here, the balance tilts strongly in favor of holding this case in abeyance. The District Court in the District of Columbia recently granted the same request from Plaintiffs in a related case that also challenged the now rescinded NIOSH RIFs. *Nat'l Nurses United, et al. v. Kennedy*, No. 1:25-cv-1538-TNM, Minute Order (D.D.C. Jan. 20. 2026) (granting Plaintiffs' unopposed motion to hold the case in abeyance for sixty days). Likewise, all parties here consent to holding this case in abeyance for at least sixty days while NIOSH employees who were on administrative leave return to work.

Therefore, this Court should grant the parties' joint motion, enter an order holding this case in abeyance, and direct the parties to submit a joint status report within sixty days.

Respectfully submitted,

MOORE CAPITO
United States Attorney

By:   **/s/ Matthew C. Lindsay**
Matthew C. Lindsay (W. Va. Bar No. 7896)
Assistant United States Attorneys
United States Attorney's Office
300 Virginia Street, East
Room 4000
Charleston, WV  25301
Telephone:  304-345-2200
Fax: 304-347-5104
Email: Matthew.Lindsay@usdoj.gov
*Counsel for United States of America*


Reviewed and Approved By:

**/s/ Samuel Petsonk**
Samuel B. Petsonk
PETSONK PLLC
P.O. Box 1045
Beckley, WV 25802
(304) 900-3171 (phone)
(304) 986-4633 (fax)
sam@petsonk.com

**/s/ Bren J. Pomponio**
Bren J. Pomponio
MOUNTAIN STATE JUSTICE, INC.
1217 Quarrier Street
Charleston, WV 25301
304-344-3144
Fax: 304-344-3145
Email: bren@msjlaw.org

**/s/ J. Michael Becher**
J. Michael Becher (W.Va. Bar # 10588)
APPALACHIAN MOUNTAIN ADVOCATES
PO Box 507
Lewisburg, WV 24901
(304) 382-4798
mbecher@appalmad.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I electronically filed the foregoing **JOINT MOTION TO HOLD CASE IN ABEYANCE** on behalf of the parties with the Clerk of the Court using the CM/ECF system which will send notification to counsel for all interested parties.

By: **/s/ Matthew C. Lindsay**
Matthew C. Lindsay (W. Va. Bar No. 7896)
Assistant United States Attorneys
United States Attorney's Office
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
Email: Matthew.Lindsay@usdoj.gov
*Counsel for United States of America*