**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

HARRY WILEY, *individually and on behalf of all others similarly situated*,

Plaintiff,

v. CIVIL ACTION NO. 2:25-cv-00227

ROBERT F. KENNEDY JR., *in his official capacity as Secretary of Health and Human Services*, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendants.

**ORDER**

The Court has reviewed the parties' *Joint Motion to Hold Case in Abeyance* (Document 89), wherein the parties indicate that a January 13, 2026 rescission of reductions in force at the National Institute for Occupational Safety and Health (NIOSH) "may result in complete relief for the Plaintiffs." For good cause shown, the Court **ORDERS** that the *Joint Motion* be **GRANTED** and that this matter be **STAYED** and removed from the Court's active docket. The Court further **ORDERS** that the parties submit a status report no later than **SIXTY (60) days** from the date of entry of this Order.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: January 28, 2026

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA